MARK D. FLANAGAN (SBN 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorney for Plaintiff Green Renewable Organic and Water Holdings, LLC d/b/a Grow Holdings and W. Quay Hays*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREEN RENEWABLE ORGANIC AND WATER HOLDINGS, LLC D/B/A GROW HOLDINGS AND W. QUAY HAYS,<br><br>Plaintiffs,<br><br>v.<br><br>BLOOMFIELD INVESTMENTS, LLC and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 4:21-cv-07181-HSG<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

WHEREAS, on August 18, 2021, plaintiffs Green Renewable Organic and Water Holdings, LLC d/b/a Grow Holdings ("Grow Holdings") and W. Quay Hays served a complaint filed in the Superior Court of California for the County of Napa seeking declaratory relief on defendant Bloomfield Investments, LLC ("Bloomfield"); and

WHEREAS, on September 16, 2021, Bloomfield removed the state court action to the district court; and

1      WHEREAS, on September 23, 2021, Bloomfield filed a motion to dismiss the complaint with a hearing date noticed for February 10, 2022; and

     WHEREAS, plaintiffs' response to the motion to dismiss is due on October 7, 2021; and

     WHEREAS, plantiffs' recently retained undersigned counsel to represent them in the instant action; and

     WHEREAS, plaintiffs' counsel seeks additional time in order to evaluate the motion and the prior arbitration proceedings referenced in the complaint; and

     IT IS THEREFORE STIPULATED AND AGREED that plaintiffs' response to the motion to dismiss be extended to October 21, 2021

     IT IS FURTHER STIPULATED AND AGREED that Bloomfield's reply brief in support of its motion to dismiss be extended to November 4, 2021.

Dated:  October 6, 2021

     GREEN RENEWABLE ORGANIC AND WATER HOLDINGS, LLC D/B/A GROW HOLDINGS AND W. QUAY HAYS

By: /s/ Mark D. Flanagan
     Mark D. Flanagan (SBN 130303)

BLOOMFIELD INVESTMENTS, LLC and DOES 1 through 20, inclusive

By:  /s/ Charles C. Correll, Jr.
CHARLES C. CORRELL, JR. (SBN 258085)

IT IS SO ORDERED.

Date: October 7, 2021

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION TO EXTEND BREFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS; ORDER

2      Case No. 4:21-cv-07181-HSG