MARK D. FLANAGAN (SBN 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

DAVID W. BOWKER (SBN 200516)
david.bowker@wilmerhale.com
LAUREN A. MANDELL (*pro hac vice pending*)
lauren.mandell@wilmerhale.com
MARK L. HANIN (*pro hac vice pending*)
mark.hanin@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:   (202) 663-6000
Facsimile:    (202) 663-6363

*Attorneys for Plaintiff Green Renewable Organic and Water Holdings, LLC d/b/a Grow Holdings and W. Quay Hays*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREEN RENEWABLE ORGANIC AND WATER HOLDINGS, LLC D/B/A GROW HOLDINGS AND W. QUAY HAYS,<br><br>Plaintiffs,<br><br>v.<br><br>BLOOMFIELD INVESTMENTS, LLC and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 4:21-cv-07181-HSG<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO AMEND COMPLAINT AND FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

1   WHEREAS, on August 18, 2021, plaintiffs Green Renewable Organic and Water
2 Holdings, LLC d/b/a Grow Holdings ("Grow Holdings") and W. Quay Hays served a complaint
3 filed in the Superior Court of California for the County of Napa seeking declaratory relief on
4 defendant Bloomfield Investments, LLC ("Bloomfield"); and
5   WHEREAS, on September 16, 2021, Bloomfield removed the state court action to the
6 district court; and
7   WHEREAS, on September 23, 2021, Bloomfield filed a motion to dismiss the complaint
8 with a hearing date noticed for February 10, 2022; and
9   WHEREAS, on October 6, 2021, the parties stipulated and agreed to extend the deadline
10 for plaintiffs' response to the motion to dismiss to October 21, 2021; and
11   WHEREAS, the Court accepted the parties' stiulation and ordered that plaintiffs' response
12 to the motion to dismiss be extended to October 21, 2021; and
13   WHEREAS, plaintiffs seek to file an amended complaint in lieu of a response to the
14 motion to dismiss;
15   IT IS THEREFORE STIPULATED AND AGREED that plaintiffs may file an amended
16 complaint on October 21, 2021;

STIPULATION TO EXTEND TIME FOR PLAINTIFF
TO AMEND COMPLAINT AND DEFENDANT'S TIME
TO RESPOND; ORDER
2                             Case No. 4:21-cv-07181-HSG

1    IT IS FURTHER STIPULATED AND AGREED that Bloomfield's deadline to respond
2  to the amended complaint be extended to November 12, 2021.
3
4  Dated:  October 21, 2021

GREEN RENEWABLE ORGANIC AND WATER HOLDINGS, LLC D/B/A GROW HOLDINGS AND W. QUAY HAYS

By: /s/ Mark D. Flanagan
    Mark D. Flanagan (SBN 130303)

BLOOMFIELD INVESTMENTS, LLC and DOES 1 through 20, inclusive

By:  /s/ Charles C. Correll, Jr.
CHARLES C. CORRELL, JR. (SBN 258085)

IT IS SO ORDERED.

Date: October 21, 2021

Hon. Haywood S. Gilliam, Jr.
United States District Judge