✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ **District of** __CALIFORNIA__

GREEN RENEWABLE ORGANIC AND WATER HOLDINGS, LLC d/b/a GROW HOLDINGS; and W. QUAY HAYS
  Plaintiff (s),

V.

BLOOMFIELD INVESTMENTS, LLC; and DOES 1 through 20, inclusive
  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:21-cv-07181-HSG

Notice is hereby given that, subject to approval by the court, __GREEN RENEWABLE ORGANIC AND WATER HOLDINGS, LLC d/b/a GROW HOLDINGS; and W. QUAY HAYS__ substitutes
(Party (s) Name)

__Mark D. Flanagan__, State Bar No. __130303__ as counsel of record in
(Name of New Attorney)

place of __Mark A. Serlin__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: WILMER CUTLER PICKERING HALE AND DORR LLP
Address: 2600 El Camino Real, Suite 400, Palo Alto, CA 94306
Telephone: (650) 858-6000    Facsimile: (650) 858-6100
E-Mail (Optional): mark.flanagan@wilmerhale.com

I consent to the above substitution.
Date: 10/26/2021

/s/Q. Hays
(Signature of Party (s))

I consent to being substituted.
Date: 10/26/2021

/s/Mark A. Serlin
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/26/2021

/s/Mark D. Flanagan
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/27/2021

*Haywood S. Gill Jr.*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

**ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 26, 2021                    By:   */s/ Mark D. Flanagan*
                                                 Mark D. Flanagan (SBN 130303)