1  MARK D. FLANAGAN (SBN 130303)
   mark.flanagan@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
4  Palo Alto, California  94306
   Telephone:  (650) 858-6000
5  Facsimile:   (650) 858-6100

6  DAVID W. BOWKER (SBN 200516)
7  david.bowker@wilmerhale.com
   LAUREN A. MANDELL (*pro hac vice*)
8  lauren.mandell@wilmerhale.com
   MARK L. HANIN (*pro hac vice*)
9  mark.hanin@wilmerhale.com
10 WILMER CUTLER PICKERING
      HALE AND DORR LLP
11 1875 Pennsylvania Avenue, NW
   Washington, DC  20006
12 Telephone:   (202) 663-6000
   Facsimile:    (202) 663-6363
13

14 *Attorneys for Plaintiff Green Renewable Organic and*
   *Water Holdings, LLC d/b/a Grow*
15 *Holdings and W. Quay Hays*

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                              OAKLAND DIVISION

20

| | |
|---|---|
| GREEN RENEWABLE ORGANIC AND WATER HOLDINGS, LLC D/B/A GROW HOLDINGS AND W. QUAY HAYS,<br><br>             Plaintiffs,<br><br>     v.<br><br>BLOOMFIELD INVESTMENTS, LLC and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. 4:21-cv-07181-HSG<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO CONFIRM AND FOR DEFENDANT TO REPLY; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO CONFIRM AND FOR DEFENDANT TO REPLY; ORDER
Case No. 4:21-cv-07181-HSG

1

WHEREAS, on August 18, 2021, plaintiffs Green Renewable Organic and Water Holdings, LLC d/b/a Grow Holdings ("Grow Holdings") and W. Quay Hays served a complaint filed in the Superior Court of California for the County of Napa seeking declaratory relief on defendant Bloomfield Investments, LLC ("Bloomfield"); and

WHEREAS, on September 16, 2021, Bloomfield removed the state court action to the district court; and

WHEREAS, on September 23, 2021, Bloomfield filed a motion to dismiss the complaint with a hearing date noticed for February 10, 2022; and

WHEREAS, on October 6, 2021, the parties stipulated and agreed to extend the deadline for plaintiffs' response to the motion to dismiss to October 21, 2021; and

WHEREAS, the Court accepted the parties' stipulation and ordered that plaintiffs' deadline for response to the motion to dismiss be extended to October 21, 2021; and

WHEREAS, the parties stipulated and agreed to permit plaintiffs to file an amended complaint in lieu of a response to the motion to dismiss on October 21, 2021, and stipulated and agreed to extend Bloomfield's deadline to respond to the amended complaint to November 12, 2021; and

WHEREAS, the Court accepted the parties' stipulation and ordered that plaintiffs could file an amended complaint in lieu of a response to the motion to dismiss on October 21, 2021, and ordered that Bloomfield's deadline to response to the amended complaint be extended to November 12, 2021; and

WHEREAS, Bloomfield filed an answer to the amended complaint and a motion to confirm foreign arbitral awards on November 12, 2021, with a hearing date noticed for March 24, 2022; and

WHEREAS, plaintiffs' response to the motion to confirm is due on November 26, 2021; and

WHEREAS, the parties agree that additional time to brief the motion to confirm is appropriate and will allow adequate time prior to the March 24, 2022 hearing date;

2

STIPULATION TO EXTEND TIME FOR PLAINTIFFS
TO RESPOND TO MOTION TO CONFIRM AND FOR
DEFENDANT TO REPLY; ORDER
Case No. 4:21-cv-07181-HSG

IT IS THEREFORE STIPULATED AND AGREED that plaintiffs' deadline to respond to the motion to confirm be extended to December 10, 2021;

IT IS FURTHER STIPULATED AND AGREED that Bloomfield's deadline to reply to the response to the motion to confirm be extended to December 23, 2021.

Dated:  November 24, 2021

GREEN RENEWABLE ORGANIC AND WATER HOLDINGS, LLC D/B/A GROW HOLDINGS AND W. QUAY HAYS

By: /s/ Mark D. Flanagan
     Mark D. Flanagan (SBN 130303)

BLOOMFIELD INVESTMENTS, LLC and DOES 1 through 20, inclusive

By:  /s/ George R. Morris
     George R. Morris (SBN 249930)

IT IS SO ORDERED.

Date: November 29, 2021

Hon. Haywood S. Gilliam, Jr.
United States District Judge

3

STIPULATION TO EXTEND TIME FOR PLAINTIFFS
TO RESPOND TO MOTION TO CONFIRM AND FOR
DEFENDANT TO REPLY; ORDER
Case No. 4:21-cv-07181-HSG