MARK D. FLANAGAN (SBN 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

DAVID W. BOWKER (SBN 200516)
david.bowker@wilmerhale.com
LAUREN A. MANDELL (*pro hac vice*)
lauren.mandell@wilmerhale.com
MARK L. HANIN (*pro hac vice*)
mark.hanin@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:       (202) 663-6000
Facsimile:        (202) 663-6363

*Attorneys for Plaintiffs Green Renewable Organic and Water Holdings, LLC d/b/a Grow Holdings and W. Quay Hays*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREEN RENEWABLE ORGANIC AND WATER HOLDINGS, LLC D/B/A GROW HOLDINGS AND W. QUAY HAYS,<br><br>Plaintiffs,<br><br>v.<br><br>BLOOMFIELD INVESTMENTS, LLC and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 4:21-cv-07181-HSG<br><br>**ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL REPLY**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

# ORDER

IT IS HEREBY ORDERED: Plaintiffs Green Renewable Organic and Water Holdings, LLC d/b/a Grow Holdings and W. Quay Hays' Administrative Motion for Leave to File a Supplemental Reply is **DENIED**.

Date: 9/7/2022



Hon. Haywood S. Gilliam, Jr.
United States District Judge