AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____CALIFORNIA_____

GREEN RENEWABLE ORGANIC AND WATER HOLDINGS,
LLC d/b/a GROW HOLDINGS; and W. QUAY HAYS

Plaintiff (s),

V.

BLOOMFIELD INVESTMENTS, LLC; and DOES 1 through 20, inclusive

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:21-cv-07181-HSG

Notice is hereby given that, subject to approval by the court, GREEN RENEWABLE ORGANIC AND WATER HOLDINGS, LLC d/b/a GROW HOLDINGS; and W. QUAY HAYS substitutes
(Party (s) Name)

Russell Georgeson _____, State Bar No. 53589 _____ as counsel of record in
(Name of New Attorney)

place of Mark D. Flanagan, David W. Bowker, Lauren A. Mandell, Mark L. Hanin.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Georgeson Law Offices |
| Address: | 7491 N. Remington Avenue, Suite 100, Fresno, California 93711 |
| Telephone: | (559) 447-8800         Facsimile  (559) 447-0747 |
| E-Mail (Optional): | crgdanelaw@sbcglobal.net |

I consent to the above substitution.

Date: 12/28/2022

/s/ W. Quay Hays
(Signature of Party (s))

I consent to being substituted.

Date: 12/28/2022

/s/ Mark D. Flanagan      /s/ David W. Bowker
/s/ Lauren A. Mandell    /s/ Mark L. Hanin
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1.4.23

*[signature: Russell Georgeson]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/5/2023

*[signature: Haywood S. Gilliam Jr.]*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]